# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00688)

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 28 2020
By: James N. Hatten, Clerk
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:20-CR046
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: January 28, 2020

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
WANG QIAN

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** Yes  X No
Will the defendant be arrested pending outcome of this proceeding?  X Yes  No
Is the defendant a fugitive?  Yes  X No
Has the defendant been released on bond?  Yes  X No

Will the defendant require an interpreter?  Yes  X No

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: